673 A.2d 915

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Thomas SEVERNS, Petitioner.**

Supreme Court of Pennsylvania.

April 3, 1996.

### ORDER

PER CURIAM:

AND NOW, this 3rd day of April, 1996, the Petition for Allowance of Appeal is hereby **GRANTED.** The Order of the Superior Court vacating the sentence of probation without

verdict is affirmed. The matter is remanded to the trial court for entry of a verdict on the first count of the indictment, possession of a controlled substance, and for resentencing in a manner consistent with the opinion of the Superior Court. Jurisdiction is relinquished.